UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON, | No. 2:19-cv-1461 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JIMENEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner represented by counsel and proceeding in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2021, the undersigned screened the original complaint and gave plaintiff the option of either proceeding on the claims found cognizable or amending the complaint. ECF No. 7. After the time to respond had expired and the undersigned had recommended dismissal of certain claims and defendants, plaintiff indicated that he wished to file an amended complaint. See ECF Nos. 11 (Findings and Recommendations), 14 (notice on how to proceed). As the assigned district judge has found, ECF No. 15, the interests of justice favor leave to amend.

////

////

////

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a first amended complaint.

DATED: June 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE