1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENDALL BURTON,                              No.  2:19-cv-1461 JAM AC P

12                Plaintiff,

13         v.                                     ORDER

14   JIMENEZ, et al.,

15                Defendants.

16

17         Plaintiff, a former state prisoner proceeding in forma pauperis, is represented by counsel.

18   He seeks relief pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local

19   Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20         On July 16, 2021, plaintiff filed notice with the court that he has been released from

21   prison.  ECF No. 16.  As a result, plaintiff's continued in forma pauperis status must be

22   considered.

23         A prisoner granted in forma pauperis status when he filed an action is not liable for the

24   full amount of the filing fee upon release from prison.  However, upon release from prison, he

25   must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. §

26   1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); see also Webb v.

27   Lambert, No. CV 12-00041-H-DLC, 2012 WL 5931889, at *1 (D. Mont. Aug. 29, 2012) (citing

28   DeBlasio).  A released prisoner may proceed in forma pauperis upon satisfying the poverty

provisions applicable to non-prisoners.  <u>McGann v. Comm'r, Soc. Sec. Admin.</u>, 96 F.3d 29, 30 (2d Cir. 1996).

Accordingly, IT IS HEREBY ORDERED that:

1.   The Clerk of Court shall send plaintiff a copy of the court's application to proceed in forma pauperis for non-prisoners, and

2.   Within thirty days of the date of this order, plaintiff must complete and file the non-prisoner in forma pauperis application in this court.

DATED: August 3, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE