# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| **KENDALL BURTON,**<br>Plaintiff (s),<br>V.<br>**CORRECTIONAL OFFICER JIMENEZ, et al.,**<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:19-cv-01461-JAM-AC (PC) |

Notice is hereby given that, subject to approval by the court, __A. Omelchuk__ substitutes
(Party (s) Name)

__Justin Walker__, State Bar No. __276757__ as counsel of record in place
(Name of New Attorney)

place of __A. Omelchuk, Pro Se__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Office of the Attorney General |
| Address: | 1300 I Street, P.O. Box 944255, Sacramento, CA 94244-2550 |
| Telephone: | (916) 210-7326      Facsimile  (916) 324-5205 |
| E-Mail (Optional): | Justin.Walker@doj.ca.gov |

I consent to the above substitution.

Date: November 5, 2021

A. Omelchuk

*/s/ A. Omelchuk*
(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: November 5, 2021

*/s/ Justin Walker*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 5, 2021

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**
AC/viw:burt1461.subs.atty.prop.o